United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-15576-mdc
Michael J DellaVecchio                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eleanor          Page 1 of 2          Date Rcvd: Nov 08, 2012
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2012.
db           +Michael J DellaVecchio,    321 Danbury Court,    Glen MIlls, PA 19342-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0313-2          User: Eleanor            Page 2 of 2                  Date Rcvd: Nov 08, 2012
                              Form ID: 195             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2012 at the address(es) listed below:

```
              ALBERT JAMES MILLAR    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              DANIEL L. REINGANUM    on behalf of Creditor   Apex Mortgage Corp. dreinganum@hargravelaw.com
              DAVID H. LANG    on behalf of Debtor Michael DellaVecchio dlang@gillinlawoffice.com
              GARY F SEITZ    gseitz@rawle.com, de11@ecfcbis.com
              JOHN W. HARGRAVE    on behalf of Creditor   Apex Mortgage Corp. info@hargravelaw.com
              LEE   SCHOTTENFELD    on behalf of    Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK
               NATIONAL TRUST COMPANY, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1,
               2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 200 cblack@udren.com
              SCOTT F. WATERMAN    on behalf of Creditor   Darlington Woods Condominium Association
               scottfwaterman@gmail.com,   scottfwaterman@gmail.com
              STEVEN K. EISENBERG    on behalf of Creditor   Apex Mortgage Corp. seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;hcapasso@sterneisenberg.com;aharrigan@sterneisenberg.com;ddelvecchio@
               sterneisenberg.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM P. BROGLEY    on behalf of Creditor Charlotte DellaVecchio brogley@baerlaw.net
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael J DellaVecchio : Case No. 11−15576−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 7, 2012 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court